UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

                             :     MAGISTRATE NO. 2:18-cr215-1

                             :

v.                           :

                             :     ORDER

                             :

JOSEPH K. BATTS              :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __17__ day of __April__, 2018,

ORDERED that _____LETICIA OLIVERA_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for today only.

_____
Steven C. Mannion
United States Magistrate Judge