UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. *Michael A. Shipp* |
| | : | |
| v. | : | Criminal No. 18- *215* |
| | : | |
| JOSEPH KENNY BATTS, | : | |
| ███████████████ | : | 18 U.S.C. § 371; |
| | : | 26 U.S.C. § 7206(2) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges:

### COUNT 1
### (Conspiracy to Defraud the United States)

1.      From at least in or about 2009 to in or about April 2015, defendant JOSEPH

KENNY BATTS ("defendant BATTS") was a co-owner of Tax Pro's, a tax return preparation

and payroll business located in Essex County, New Jersey, where he prepared federal income tax

returns for a fee. After defendant BATTS discontinued Tax Pro's, in or about January 2016, he

became the owner of Tax Solutions & Associates (a/k/a, Tax Associates and Tax Solutions), a

tax return preparation business located in Union County, New Jersey, and continued to prepare

federal income tax returns for a fee.

2.      ████████TONY V. RUSSELL ("████RUSSELL"), a resident of

Baltimore County, Maryland, was employed as a tax preparer at Tax Pro's from at least in or

about February 2013 to in or about April 2015 and Tax Solutions & Associates from in or about

January 2016 to in or about February 2017, and prepared federal income tax returns for a fee.

3.      ████████ANGELO K. THOMPSON ("████THOMPSON"), a resident of

Baltimore County, Maryland, was employed to assist with the preparation of tax returns at Tax

Pro's from at least in or about February 2013 to in or about April 2015 and as a tax preparer at

Tax Solutions & Associates from in or about January 2016 to at least in or about April 2016, and prepared federal income tax returns for a fee.

    4.      Damien Askew ("ASKEW"), a resident of Union County, New Jersey, was the other co-owner of Tax Pro's and prepared federal income tax returns for a fee at Tax Pro's from at least in or about 2009 to in or about April 2015.

    5.      Another tax preparer (the "TAX PREPARER"), a resident of Essex County, New Jersey, was employed as a tax preparer at Tax Pro's from at least in or about 2009 to in or about March 2013, and prepared federal income tax returns there for a fee.

    6.      The Internal Revenue Service ("IRS"), an agency within the United States Department of Treasury, was responsible for administering and enforcing the tax laws of the United States, specifically, federal income tax laws.

    7.      The IRS required an individual who prepared or assisted in preparing federal income tax returns for compensation to obtain a preparer tax identification number ("PTIN"). A paid tax preparer was required to place his or her PTIN on each tax return that he or she prepared for compensation to identify the preparer of that particular tax return.



    9.      At times relevant to Count 1 of this Indictment, ████████ RUSSELL, ████████ THOMPSON, ASKEW, and the TAX PREPARER each had a PTIN.

10.     From at least in or about February 2013 to in or about February 2017, in Essex

and Union Counties, in the District of New Jersey and elsewhere, ███████

JOSEPH KENNY BATTS,

███████████████

knowingly and intentionally did conspire and agree with ███████ others to defraud the

United States, by impeding, impairing, and defeating the lawful government functions of the IRS

to ascertain, assess, collect, and refund income taxes.

### Goal of the Conspiracy

11.     It was a goal of the conspiracy for ███████ BATTS, RUSSELL, and

THOMPSON, and other individuals (including ASKEW and the TAX PREPARER) to generate

increased referrals and repeat clients, enhance Tax Pro's business, and enrich themselves by

preparing and filing with the IRS income tax returns that contained false information for the

purpose of generating refunds in amounts that their clients were not entitled to receive, thereby

impeding, impairing, and defeating the functions of the IRS to ascertain, assess, collect, and

refund income taxes.

### Means and Methods

12.     It was part of the conspiracy that ███████ BATTS, RUSSELL, and

THOMPSON, and other individuals (including ASKEW and the TAX PREPARER) used

fraudulent practices to unlawfully decrease their clients' taxable incomes and the amounts of tax

due, and thereby obtain refunds in amounts that their clients were not entitled to receive,

including:

      a.     Fabrication and inflation of credits for education and childcare;

      b.     Fabrication and inflation of deductions, such as charitable contributions
            and unreimbursed employee expenses; and

- 3 -

c.     Fabrication and inflation of Schedule C business losses.

Defendant BATTS trained his co-conspirators to use these methods to generate refunds in

amounts that their clients were not entitled to receive.

13.     It was further part of the conspiracy that ███████ BATTS, RUSSELL, and

THOMPSON, along with ASKEW, obtained false and fraudulent Forms 1098-T that were

provided to taxpayers and submitted to the IRS to support false education credits that were

claimed on false federal income tax returns prepared at Tax Pro's and Tax Solutions &

Associates.

14.     It was further part of the conspiracy that defendant BATTS used the PTINs of

███████ RUSSELL and other individuals (including ASKEW and the TAX PREPARER) when

preparing tax returns in order to conceal his identity as the actual return preparer. ███████

███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████

15.     It was further part of the conspiracy that, in or about January 2016, after a search

warrant had been executed at Tax Pro's by law enforcement in or about April 2015, defendant

BATTS discontinued Tax Pro's and opened Tax Solutions & Associates, where he, ███████

RUSSELL and THOMPSON continued preparing false federal income tax returns.

16.     It was further part of the conspiracy that, from in or about January 2016 to in or

about February 2017, ███████ BATTS, RUSSELL, and THOMPSON used various locations

to prepare false federal income tax returns under the company name Tax Solutions & Associates,

including office spaces in Union, New Jersey and a hotel in Elizabeth, New Jersey.



<u>Overt Acts</u>

19.     In furtherance of the conspiracy and to effect its unlawful goal, the following

overt acts, among others, were committed in the District of New Jersey and elsewhere:

a.     In or about February 2013, ███████ RUSSELL began assisting

defendant BATTS and the other co-conspirators in preparing federal income tax returns at Tax

Pro's.

b.     In or about February 2013, ███████ THOMPSON began assisting

defendant BATTS and the other co-conspirators in preparing federal income tax returns at Tax

Pro's.

c.     On or about February 7, 2013, defendant BATTS prepared a false federal

income tax return, Form 1040, for tax year 2012, for Taxpayer "J.A.", using the PTIN of

███████ RUSSELL.

d.     On or about February 9, 2014, defendant BATTS prepared a federal

income tax return, Form 1040, for tax year 2013, for Taxpayer "J.A.", using one or more of the

fraudulent practices set forth in paragraph 12 above.

e.    On or about January 30, 2015, defendant BATTS prepared a federal income tax return, Form 1040, for tax year 2014, for Taxpayer "J.A.", using one or more of the fraudulent practices set forth in paragraph 12 above.



g.    On or about January 25, 2016, ▮▮▮▮ BATTS, RUSSELL, and THOMPSON temporarily moved the tax preparation operations of Tax Solutions & Associates to a hotel in Elizabeth, New Jersey.

h.    On or about February 6, 2016, defendant BATTS prepared a false federal income tax return, Form 1040, for tax year 2015, for Taxpayers "T.C. & M.C.", using the PTIN of another individual who was not involved in preparing the return.

i.    On or about February 7, 2016, ▮▮▮▮ THOMPSON prepared a false federal income tax return, Form 1040, for tax year 2015, for Taxpayers "J.S. & K.S.", using the PTIN of another individual who was not involved in preparing the return.



k.    In or about January 2017, defendants BATTS leased a different office space in Union, New Jersey, for Tax Solutions & Associates to continue tax preparation operations in 2017.

l.    On or about February 5, 2017, defendant BATTS prepared a federal income tax return, Form 1040, for tax year 2016, for Taxpayers "J.S. & K.S.", using one or more

of the fraudulent practices set forth in paragraph 12 above.



In violation of Title 18, United States Code, Section 371.

## COUNTS 2 TO 6
### (Aiding and Assisting in the Preparation of
### False Federal Income Tax Returns)

1.     Paragraphs 1 to 9, 12 to 18, 19a to 19e, 19f, 19g, 19h, 19k, and 19l of Count 1 of this Indictment are incorporated by reference.

2.     On or about the dates specified below, in the District of New Jersey, and elsewhere, defendant

### JOSEPH KENNY BATTS

did willfully aid and assist in and procure, counsel, and advise the preparation and presentation to the IRS of federal individual income tax returns, Forms 1040, for the individuals and tax years identified below, which were false and fraudulent as to material matters, including those described below, knowing that the returns were false and fraudulent.

| Count | Taxpayer | Tax Year | Date Filed (on or about) | Refund Falsely Claimed (Approximately) | Falsely Claimed Item(s) |
|-------|----------|----------|--------------------------|----------------------------------------|-------------------------|
| 2 | J.A. | 2012 | 2/7/13 | $5,300 | Education Credits |
| 3 | J.A. | 2013 | 2/9/14 | $5,265 | Child and Dependent Care Expenses; Education Credits |
| 4 | J.A. | 2014 | 1/30/15 | $7,326 | Child and Dependent Care Expenses; Education Credits; Loss on Schedule C |
| 5 | T.C. & M.C. (jointly filed) | 2015 | 2/6/16 | $6,197 | Loss on Schedule C; Gifts to Charity on Schedule A |
| 6 | J.S. & K.S. (jointly filed) | 2016 | 2/5/17 | $5,107 | Loss on Schedule C; Gifts to Charity on Schedule A |

In violation of Title 26, United States Code, Section 7206(2).



*Craig Carpenito*

CRAIG CARPENITO
United States Attorney

- 10 -

CASE NUMBER: 18-_215 (MAS)_

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

JOSEPH KENNY BATTS,

███████████████████

**INDICTMENT FOR**

18 U.S.C. § 371 and
26 U.S.C. § 7206(2)

**CRAIG CARPENITO**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

JIHEE G. SUH AND
CARI FAIS
*ASSISTANT U.S. ATTORNEYS*
*973-645-2836*
*973-353-6076*