UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-215 (MAS) |
| v. | : | Hon. Michael A. Shipp |
| JOSEPH KENNY BATTS | : | <u>VERDICT</u> |

We, the Jury, find defendant Joseph Kenny Batts:

### <u>COUNT 1</u>
<u>(Conspiracy to Defraud the United States)</u>

NOT GUILTY _____          GUILTY __✓__

### <u>COUNT 2</u>
<u>(Aiding and Assisting in the Preparation of False Federal Income Tax Return – J.A. 2012)</u>

NOT GUILTY _____          GUILTY __✓__

### <u>COUNT 3</u>
<u>(Aiding and Assisting in the Preparation of False Federal Income Tax Return – J.A. 2013)</u>

NOT GUILTY _____          GUILTY __✓__

### <u>COUNT 4</u>
<u>(Aiding and Assisting in the Preparation of False Federal Income Tax Return – J.A. 2014)</u>

NOT GUILTY _____          GUILTY __✓__

**COUNT 5**
(Aiding and Assisting in the Preparation of False Federal Income Tax Return – T.C. & M.C. 2015)

NOT GUILTY _____   GUILTY ✓

**COUNT 6**
(Aiding and Assisting in the Preparation of False Federal Income Tax Return – J.S. & K.S. 2016)

NOT GUILTY _____   GUILTY ✓

█████████████████████
FOREPERSON

9-17-19
DATE